UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSSISSIPPI

In re: DREW ALLEN RAYNER        case no: 06-50441
ERG

**MOTION TO REINSTATE CASE**

**COMES NOW**, DREW ALLEN RAYNER (RAYNER), *in propria persona,* and files this Motion to Reinstate Case.

RAYNER filed schedules on July 7, 2006 and believed he had filed all required. He failed to file a Statement of Financial Affairs. After gathering the financial information, he just overlooked the Statement of Financial Affairs.

RAYNER looked at Schedules E. F. and G, and determined they did not apply so he thought he did not need to file them.

RAYNER requests the courts indulgence and apologizes.

Wherefore, all premises considered herein, RAYNER moves Court to reinstate his case.

Sincerely,

Drew Allen Rayner Agent 8/4/06
Drew Allen Rayner      Date
397 JB Brown Road
Perkinston, Mississippi 39573
(601) 528-9788

1

CERTIFICATE OF SERVICE

I, the undersigned, certify, this 12th day of June, 2006, that I have filed a true and correct copy of the **Motion to Reinstate Case** in the United States Bankruptcy Court Southern District Of Mississippi, and a true and correct copy sent to the Counsel for the Defendant, INTERNAL REVENUE SERVICE, as follows:

By prepaid First Class U.S. Mail to:

CROCKETT LINDSEY
Assistant U.S. Attorney
1575 20th Avenue
Gulfport, Mississippi 39501

William P. Wessler
1624 24th Avenue
Gulfport, Ms. 39501

**Internal Revenue Service**
Attn: Joseph Von Antz
15521 Oak Lane
Gulfport, MS 39503

Warren A. Guntz, Jr., Trustee
10585 Three Rivers Road, Ste G
Gulfport, Mississippi 39503

United States Trustee
100 W. Capitol St. Ste 706
Jackson, MS 39269

*Drew Allen Rayner, Agent* (signature)
Drew Allen Rayner, in *propria persona*
397 JB Brown Road
Perkinston, MS 39573
(601) 528-9788